# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. NATIVE WAREHOUSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>1. GRAIN DEALERS MUTUAL<br>   INSURANCE COMPANY,<br>  an Indiana for profit Insurance<br>  Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: CIV-12-594-C<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Native Warehousing, LLC and Defendant Grain Dealers Mutual Insurance Company, file this Stipulation of Dismissal with prejudice.

                                                *S/Michael D. McGrew*
                                                Michael D. McGrew
                                                Bar Number: 013167
                                                Michael D. McGrew & Associates
                                                400 N. Walker, Ste. 115
                                                Oklahoma City, Oklahoma 73102
                                                (405) 235-9909
                                                (405) 235-9929 FACSIMILE
                                                mcgrewslaw@yahoo.com
                                                ATTORNEY FOR PLAINTIFF

> */s/ Mort Welch*
> Mort Welch, OBA #09462
> 6440 Avondale Drive, #206
> Oklahoma City, OK 73116
> (405) 286-0801
> (405) 286-0301
> mwelch@welchsmith.com
> ATTORNEY FOR DEFENDANT